**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 4 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| MIKE FARHAT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:16-CV-01175-A |
| | § | |
| TEXAS FARMERS INSURANCE COMPANY | § | |
| | § | |
| Defendant. | § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now the parties to this action to stipulate to the immediate dismissal of this action, without need of any notice or hearing, with prejudice and without costs or fees taxed or awarded to any party.

Dated this 9th day of November, 2017.

_____
Adam D. Chilton, SBN 24092255
Email: achilton@brownpruitt.com
Misty M. Pratt, SBN 24027749
Email: mpratt@brownpruitt.com
Brown Pruitt Wambsganss Ferrill & Dean, P.C.
600 N. Carroll Avenue, Suite 100
Southlake, Texas 76092
Telephone: 817-203-2000
Facsimile: 817-796-2799
**ATTORNEYS FOR PLAINTIFF
MIKE FARHAT**

Dated this 3rd day of November, 2017.

_____
Eric C. Wood
Kelly M. Crawford
Scheef & Stone, L.L.P.
2600 Network Blvd., Suite 400
Frisco, Texas 75034
eric.wood@solidcounsel.com

**ATTORNEYS FOR DEFENDANT
TEXAS FARMERS INSURANCE COMPANY**